CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Dennis Price, Esq., SBN 279082
Russell Handy, SBN 195058
Amanda Lockhart Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA  92111
Telephone:   (858) 375-7385
Facsimile:    (888) 422-5191
amandas@potterhandy.com
Attorneys for Plaintiff

KURT A. FRANKLIN (SBN: 172715)
kfranklin@hansonbridgett.com
CELIA L. GUZMAN (SBN: 325616)
cguzman@hansonbridgett.com
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366
Attorneys for Defendant
L & O ALISO VIEJO, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALINAS,<br><br>    Plaintiff,<br><br>  v.<br><br>L & O ALISO VIEJO, LLC, a California Limited Liability Company; and DOES 1-10,<br><br>    Defendants. | Case: 8:19-CV-02403-JLS-JDE<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 26, 2020            CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
     Amanda Lockhart Seabock
     Attorneys for Plaintiff

Dated: May 26, 2020            HANSON BRIDGETT LLP

By: /s/ Celia L. Guzman
     Kurt A. Franklin
     Celia L. Guzman
     Attorneys for Defendant
     L & O ALISO VIEJO, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Celia L. Guzman, counsel for L & O Aliso Viejo, and that I have obtained Ms. Guzman's authorization to affix her electronic signature to this document.

Dated: May 26, 2020          CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　By: /s/ Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff